**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-CR-20721-MOORE/Elfenbein**

**UNITED STATES OF AMERICA**

**v.**

**OSCAR DIAZ,**

**Defendant.**
______________________________________/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

**THIS CAUSE** has been referred to the undersigned United States Magistrate Judge by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Oscar Diaz. ECF No. [67].

Prior to the referral of this matter to the undersigned, then-Magistrate Judge Melissa Damian entered a Report and Recommendation, recommending that the Court accept the Defendant's admission of guilt as to the four violations in the Superseding Petition for Warrant for Summons for Offender Under Supervision and set the matter for a final revocation hearing. ECF No. [61]. The Honorable K. Michael Moore thereafter entered an Order adopting the Report and Recommendation and set the final revocation hearing on Thursday, May 2, 2024 at 2 p.m. ECF No. [62]. On April 8, 2024, Judge Moore accepted a Second Superseding Petition for Warrant for Summons for Offender Under Supervision (the "Second Superseding Petition") and issued an arrest warrant for the Defendant. ECF No. [63].

Upon referral of this matter to the undersigned, the matter was set for status conference on April 30, 2024, for the purpose of scheduling an evidentiary hearing on the new violations alleged

in the Second Superseding Petition. ECF No. [70]. Prior to the status conference, the Defendant, through counsel, filed a Notice of Admission of Supervised Release Violations (the "Notice"), informing the Court of the Defendant's intention to admit the two additional violations in the Superseding Petition (violation numbers 5 and 6). ECF No. [71]. In the Notice, the Defendant requests that he be sentenced on these two additional violations at the upcoming final revocation hearing scheduled on May 2, 2024. *Id.* Given the proximity of the date for the final revocation hearing, at the status conference, the undersigned asked the Parties for their position on the length of the objection period. ECF No. [72]. The Defendant requested that the undersigned reduce the period to file objections to the undersigned's Report and Recommendation to one day and the Government had no objection to the shortened objection period. *Id.*

Accordingly, it is the **RECOMMENDATION** of the undersigned that the District Court accept Defendant's admission of guilt as to the two new violations alleged in the Second Superseding Petition (violations five and six), ECF No. [63], and set those violations for a final revocation hearing.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, within **ONE (1) DAY**[1] of being served with a copy of this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016);

[1] At the request of the Defendant and without objection from the Government, I have shortened the objections period to one day in the event the Honorable K. Michael Moore is inclined to accept the undersigned's recommendation and add the two new violations from the Second Superseding Petition to the currently scheduled May 2, 2024 final revocation hearing on violations 1 through 4. *See MCM Entertainment, Inc. v. Diaz World Trade Group, Inc.*, No. 22-CV-23189, 2023 WL 2917752, *1 (S.D. Fla. Apr. 11, 2023) (shortening period of time to file objections when both parties agreed at the hearing to a truncated time period); *United States v. Leonard*, No. 18-CR-484, 2019 WL 4401264, *6, n. 3 (March 27, 2019) (giving the parties less than 14 days to file objections to the report and recommendation given the proximity of the trial date).

28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on April 30, 2024.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:
Honorable K. Michael Moore
Counsel of Record